UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STUART            KAPLAN,
individually, and on behalf
of  all  others  similarly
situated,

      Plaintiff,

v.                              Case No: 2:16-cv-210-FtM-99MRM

21ST  CENTURY  ONCOLOGY
HOLDINGS, INC.,

      Defendant.

———————————————————————

JOHN DICKMAN, individually,
and on behalf of all others
similarly situated,

      Plaintiff,

v.                              Case No: 2:16-cv-218-FtM-99MRM

21ST  CENTURY  ONCOLOGY
HOLDINGS,  INC.  and  21ST
CENTURY ONCOLOGY, INC.,

      Defendants.

———————————————————————

RONA POLOVOY, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                              Case No: 2:16-cv-219-FtM-99MRM

21ST  CENTURY  ONCOLOGY
HOLDINGS, INC.,

      Defendant.

———————————————————————

JIM BIMONTE, individually
and on behalf of others
similarly situated and MARY
ANN RODRIGUEZ, individually
and on behalf of others
similarly situated,

       Plaintiffs,

v.                            Case No: 2:16-cv-223-FtM-99MRM

21ST CENTURY ONCOLOGY, INC.,
21ST CENTURY ONCOLOGY, LLC,
21ST CENTURY ONCOLOGY
MANAGEMENT SERVICES, INC.,
21ST CENTURY ONCOLOGY
SERVICES, LLC, and 21ST
CENTURY ONCOLOGY HOLDINGS,
INC.,

       Defendants.

_____

STACEY SCHWARTZ,
individually and on behalf
of themselves and others
similarly situated and
JUDITH CABRERA,
individually and on behalf
of themselves and others
similarly situated,

       Plaintiffs,

v.                            Case No: 2:16-cv-241-FtM-99MRM

21ST CENTURY ONCOLOGY
HOLDINGS, INC.,

       Defendant.

_____

ROBERT RUSSELL,
individually and on behalf
of all others similarly
situated,

                    Plaintiff,

v.                                      Case No: 2:16-cv-242-FtM-29MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

          Defendant.

_____

FRANK              BABURCHAK,
individually and on behalf
of   all   others   similarly
situated,  LANA   IZWORSKI,
individually and on behalf
of   all   others   similarly
situated,  JEREMY   MILLER,
individually and on behalf
of   all   others   similarly
situated, KATHLEEN SHAVER,
individually and on behalf
of   all   others   similarly
situated, DOLORES  STUBBS,
individually and on behalf
of   all   others   similarly
situated,     and     KAREN
VOSGAIAN,  individually and
on  behalf  of  all  others
similarly situated,

          Plaintiffs,

v.                                      Case No: 2:16-cv-245-FtM-29MRM

21ST CENTURY ONCOLOGY, LLC,
jointly and severally, 21ST
CENTURY   ONCOLOGY,   INC.,
jointly and severally, 21ST
CENTURY ONCOLOGY MANAGEMENT
SERVICES, INC., jointly and
severally,  21ST   CENTURY
ONCOLOGY    SERVICES,   LLC,
jointly and severally, and
21ST    CENTURY    ONCOLOGY
HOLDINGS, INC., jointly and
severally,

                    - 3 -

Defendants.

_____

MARY BARBIERI, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                         Case No: 2:16-cv-252-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

WILHELM         RADAUSCHER,
individually and on behalf
of   all   others   similarly
situated,         ELIZABETH
CETRULO, individually and on
behalf    of    all    others
similarly    situated,    and
DAVID           GLICKMAN,
individually and on behalf
of   all   others   similarly
situated,

      Plaintiffs,

v.                         Case No: 2:16-cv-257-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

MAUREEN         TRELEASE,
individually and on behalf
of    others    similarly
situated,

      Plaintiff,

v.                         Case No: 2:16-cv-258-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

          Defendant.

_____

GEORGE DELGADO, individually and on behalf of all others similarly situated,

          Plaintiff,

v.                                    Case No: 2:16-cv-259-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

          Defendant.

_____

TIMOTHY MEULENBERG, individually and on behalf of others similarly situated and SHARON MACDERMID, individually and on behalf of others similarly situated,

          Plaintiffs,

v.                                    Case No: 2:16-cv-332-FtM-29MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

          Defendant.

_____

GAYLE BIRKEN-SIKORA, individually and on behalf of others similarly situated, MATTHEW SIKORA, individually and on behalf of others similarly situated, SUSAN LEWIN,

individually and on behalf
of others similarly
situated, JEFFREY LEWIN,
individually and on behalf
of others similarly
situated, JON LOKIETZ,
individually and on behalf
of others similarly
situated, CARYN
BENDETOWIES, individually
and on behalf of others
similarly situated, and RITA
MARX, individually and on
behalf of others similarly
situated,

      Plaintiffs,

v.                          Case No: 2:16-cv-334-FtM-99CM

21ST CENTURY ONCOLOGY
HOLDINGS, INC., 21ST CENTURY
ONCOLOGY, LLC, 21ST CENTURY
ONCOLOGY, INC., 21ST CENTURY
ONCOLOGY MANAGEMENT
SERVICES, INC., and 21ST
CENTURY ONCOLOGY SERVICES,
LLC,

      Defendants.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation, filed July 21, 2016
in each of the above-captioned cases, recommending that the Motions
to Consolidate be granted in part and denied in part and that the

Motions for Appointment of Interim Class Counsel be denied as moot. No objections have been filed and the time to do so has expired.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions de novo, even in the absence of an objection.   See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

---

[1] The Court notes that on July 29, 2016, a related case was transferred from the United States District Court for the Southern District of Florida. See Benzion v. 21st Century Oncology, LLC, Case No. 2:16-cv-00591-UA-MRM.   The Agreed Motion to Consolidate and Stay Deadlines in Benzion, requesting the same relief recommended by the Magistrate Judge, will be addressed by separate Order.

Accordingly, it is now

**ORDERED:**

1.    The Report and Recommendation is hereby **adopted** and the findings incorporated herein.

2.    Plaintiffs' Motions to Consolidate are **GRANTED in part and DENIED in part.**

3.    The Clerk is directed to consolidate the cases as set forth in the Report and Recommendation.

4.    All other pending motions, including plaintiffs' Motions for Appointment of Interim Class Counsel, are **denied as moot** with leave to re-file in the consolidated case within fourteen days of this Opinion and Order.

**DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of August, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties